

1  TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
Bruce Prescott, Esq. (SBN 120980)

2  Daphne C. Lin, Esq. (SBN 193214)

3  2201 Walnut Avenue, Suite 290
Fremont, CA 94538

4  Telephone: (510) 790-0900
Facsimile: (510) 790-4856

5  bruceprescott@tatp.com
daphnelin@tatp.com

6

7  BINDER & MALTER, LLP
Heinz Binder (SBN 87908)

8  Robert G. Harris (SBN 124678)
2775 Park Avenue

9  Santa Clara, CA 95050
Tel: (408) 295-1700

10  Fax: (408) 295-1531
Email: Heinz@bindermalter.com

11  Email: Rob@bindermalter.com

12  Attorneys for Plaintiff Naviscent, LLC

13

14

15

16

**The following constitutes the order of the Court.**
**Signed: January 18, 2019**

_M. Elaine Hammond_
_____
**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

### UNITED STATES BANKRUPTCY COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

|  |  |
|---|---|
| 17  LEEANNA DODSON MARTINEZ | Case No.  18-51883 MEH |
| 18            Debtor. | Chapter 13 |
| 19 |  |
| 20  NAVISCENT, LLC, | A.P. No. 18-05058 |
| 21            Plaintiff | **ORDER DENYING MOTION BY** |
| 22    v. | **DEFENDANT TO DISMISS ADVERSARY** |
| 23  MICHAEL OTTE, | **PROCEEDING COMPLAINT** |
| 24 | Date:  January 15, 2019 |
| 25            Defendant. | Time: 10:00 a.m. |
| 26 | Place: Courtroom 3020 |
|  |       280 South First Street |
|  |       San Jose, California |

27

28

1

The Motion by Defendant to Dismiss Adversary Proceeding Complaint ("Motion") came on

2

for hearing at the date, time and place set forth above.  Robert G. Harris, Esq. of Binder & Malter,

3

LLP appeared for plaintiff and creditor Naviscent, LLC ("Naviscent").  Nanette Dumas, Esq,

4

appeared for Chapter 13 Trustee Devin Derham-Burk (the "Trustee").  Brent Meyer, Esq. of the

5

Meyer Law Group appeared for Chapter 13 debtor Leeanna Martinez.  Steven Sibley of DiNapoli &

6

Sibley appeared for defendant Michael Otte.  After consideration of the evidence, pleadings and

7

arguments of counsel the Court, for the reasons stated on the record, hereby DENIES the Motion.

8

IT IS THEREFORE ORDERED that

9

10

1.  Defendant's answer in this proceeding is due on February 14, 2019; and,

11

2.  Santa Clara County Superior Court case number 18CV331509, *Naviscent, LLC v.*

12

*Michael Otte*, is stayed pending further order of this Court or dismissal of the above-

13

captioned adversary proceeding.

14

**APPROVED AS TO FORM**:

15

16

Dated:  Jan. 17, 2019                                    DINAPOLI & SIBLEY

17

 _/s/ Steven J. Sibley_____

18

Steven Sibley

19

Attorneys for Defendant Michael Otte

20

***** END OF ORDER *****

21

22

23

24

25

26

27

28

1
COURT SERVICE LIST

2  All ECF Recipients.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28